UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.           (JCH) |
| | : | |
| v. | : | |
| | : | VIOLATIONS: 29 U.S.C. § 501(c) |
| ANDREW KONSPORE | : | (Embezzlement From Union) |

**I N F O R M A T I O N**

The United States Attorney charges that:

1. From in or about March 2001 to on or about December 2004, in the District of Connecticut the defendant ANDREW KONSPORE, while an officer, that is, Treasurer, of Northeast Emergency Services Union ("NESU"), a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another, the moneys, funds, securities, property, and other assets of said labor organization.

2. As part in the scheme to embezzle, steal and unlawfully and willfully abstract and convert to KONSPORE's own use and the use of another, the moneys, funds, securities, property, and other assets of NESU, between March 2001 and December 2004, KONSPORE wrote 34 checks totaling $5367.63 drawn on NESU funds from NESU's bank account to United Illuminating Co. ("UI") for payment on KONSPORE's UI account for service to his personal residence, and between March 2001 and November 2004, KONSPORE wrote 29 checks totaling $5,743.80 drawn on NESU funds from NESU bank account to Southern Connecticut Gas, Co. ("SCGC") for payment on KONSPORE's SCGC account for service to his personal residence

All in violation of Title 29, United States Code, Section 501(c).

UNITED STATES OF AMERICA

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
PETER S. JONGBLOED
CHIEF, CRIMINAL DIVISION

_____
ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY